AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

STATE OF DELAWARE
Plaintiff

v.

ERIC M WHITTLE
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06 - 34

I, _Micah El Ali ex rel. ERIC M. WHITTLE_ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _N/A_

   Are you employed at the institution? _N/A_  Do you receive any payment from the institution? _N/A_

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _November_

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

```
                    COURT OF COMMON PLEAS CRIMINAL DOCKET                Page     1
                              ( as of   01/17/2006 )

State of Delaware v.  ERIC M WHITTLE                              DOB: 11/20/1962
State's Atty: , Esq.                        AKA: ERIC WHITTLE
Defense Atty: JAMES A NATALIE , Esq.             ERIC WHITTLE


Assigned Judge:

Charges:
 Count        DUC#         Crim.Action#     Description           Dispo.    Dispo. Date
 ---------------------------------------------------------------------------------------
  001      0309005188      MN03094442       CRIM IMPERSON
  002      0309005188      MN03094443       DR LIC SUSP/REV
  003      0309005188      MN03094444       INSURANCE CARD
  004      0309005188      MN03094445       DISREGARD DEVIC
  005      0309005188      MN03094446       OPER UNREG MV

         Event
 No.     Date            Event                                        Judge
 ---------------------------------------------------------------------------------------
         09/26/2003
           CASE FILED ON 09/26/2003;  ARREST DATE 08/22/2003
           ARRAIGNMENT SCHEDULED FOR  12/01/2003
           RELEASED/OWN RECOG.                         0.00
         12/03/2003
           DEFENDANT PLED NOT GUILTY AND DEMANDED JURY TRIAL.
         12/03/2003
           JURY TRIAL SCHEDULED FOR 03/15/2004 AT 08:30 AM
         03/15/2004
           DEFENDANT FAILED TO APPEAR, CAPIAS ISSUED
         03/21/2005
           CAPIAS RECALLED
         03/21/2005
           CAPIAS RETURNED ON 03/21/2005 AT 01:30 PM
         03/24/2005
           UNSECURED BOND                          1,000.00
         04/25/2005
           JURY TRIAL SCHEDULED FOR 04/25/2005 AT 08:30 AM
         04/25/2005
           DEFENDANT FAILED TO APPEAR, CAPIAS ISSUED
         04/25/2005
           CAPIAS RECALLED -NO COST
         04/25/2005
           JURY TRIAL CONTINUED DEFENDANT'S REQUEST
         04/25/2005
           JURY TRIAL CONTINUED TO 08/08/2005 AT 08:30 AM
         08/08/2005
           DEFENDANT FAILED TO APPEAR, CAPIAS ISSUED
         09/28/2005
```

*Judge Smalls* (handwritten)

```
                    COURT OF COMMON PLEAS CRIMINAL DOCKET           Page    2
                              ( as of  01/17/2006 )

State of Delaware v.  ERIC M WHITTLE                          DOB: 11/20/1962
State's Atty: , Esq.                         AKA: ERIC WHITTLE
Defense Atty: JAMES A NATALIE , Esq.              ERIC WHITTLE

        Event
No.     Date            Event                                 Judge
-----------------------------------------------------------------------------
        CAPIAS RETURNED ON 09/28/2005 AT 03:00 PM
        09/29/2005
          UNSECURED BOND                        1,000.00
        09/29/2005
          JURY TRIAL SCHEDULED FOR 01/18/2006 AT 08:30 AM

              *** END OF DOCKET LISTING AS OF  01/17/2006 ***
                    PRINTED BY: CCPKCOV
```