## NOTICE OF REMOVAL

**Plaintiff**
STATE OF DELAWARE, INCORPORATED

V

**Defendant**

:Micah~El :Ali
Ex. Rel.
ERIC M. WHITTLE

06 - 34

**Defendant seeks removal from STATE'S Jurisdiction pursuant to Title 28, Section 1441 and 1446 because the STATE has denied Defendant right to Due Process of Law by issuing :charges: without Presentment of Indictment and is using Color of Authority and Color of Law to make the STATE'S claim.**

20050705-0066386
Pages: 2    F: $30.00
07/05/05 01:16:14 PM
T20050053474
Michael E. Kozikowski
New Castle Recorder  MISC

Prepared By: Grand Sheik Nature El Bey

Return To:

Micah El Ali
℅ 609 North Franklin Suite A
Wilmington, Delaware [19805]

BETWEEN  Noble Micah El Bey   and
Great Seal @ Moorish Science Temple of America

SEE ATTACHED

1. Declaration of Nationality and Constitutional Protections of Rights and Immunities.

2

  

*Part and Parcel*

NORTH AMERICA         CENTRAL AMERICA         SOUTH AMERICA

## *GREAT SEAL* ⑦
## *MOORISH SCIENCE TEMPLE OF AMERICA*

TXu1-210-534 – Register of Copyrights, U.S.C. § 17 - UNITED STATES COPYRIGHT OFFICE

### DECLARATION OF NATIONALITY
### AND CONSTITUTIONAL PROTECTIONS
### OF RIGHTS AND IMMUNITIES

To All Concerned:



Date: 22nd day of October, 2004

Re: Sovereign Immunity, Right(s)
And Claim(s) of Free Moorish
National(s) of the Continental United States

Filed for Record
Form 1099, Book 521
Page 579, ss # 10105905
Cook County, Illinois.
Our Authority

May the Peace and Blessings of Our Creator God-Allah, to Whom All Praise is Due, be upon you in your understanding that Supreme Law and Justice may dwell in our Land:

I Am, ___Micah El Ali___, being "In Full Life" Duly Affirmed, Stand squarely on Supreme Constitutional law, declare and says:

I Am a Free and Sovereign Moorish National, being Aboriginal Indigenous by Birth and Inheritance. The De Jure Natural Citizen of the Continental United States, the Land of My Ancient Moorish Forefathers, of Moroccan descent, deriving my Power and Authority through Birthright and Inheritance. Retaining all substantive Inalienable Rights and Immunities as described in the Organic United States Republic Constitution, Moroccan Treaty of Peace and Friendship of Seventeen Eighty-Seven (1787) Superceded by the Treaty of 1836 - between the United States of America and Morocco, in Force, Moorish American Zodiac Constitution, Moorish Science Temple of America Divine Constitution and By-Laws; giving Honor and Respect to the Continental United States Flag and Al Moroccan (American) Flag.

All details of the Declaration Statement above are supported by the De Jure Constitution of the United States of America – Article VI.

All details of the Declaration Statement are supported by and / or in evidence and substantiated Pursuant to the credentials as classified as follow:

1. Moorish-American Nationality Card of Identification.
2. The Constitution of the United States of America Republic, Article VI.
3. Moroccan Treaty of Peace and Friendship of (1787) / superceded by The Treaty of Peace and Friendship of (1836).
4. United Nations; Rights of Indigenous Peoples – International Law.
5. Principle III of the United Nations: **Declaration of the Rights of the Child**
   "Every Child shall, at birth, have the right to a Name and Nationality".
6. Natural Law: Natura non facit saltum; ita nec lex. Nature makes no sudden leap or Movement; Neither does law.

R:THUMB

I Am, ___Micah El Ali___, Indigenous Aboriginal Moorish-American.

Witness: Grand Sheik Divine Minister ∴ ___Nature El Bey___          "Official seal"

Witness: Grand Sheik Divine Minister ∴ ___Ad Tarik Bey___

Bey

Witness: Sheikess ∴ ___Nika Ib Aturu El Bey___

Moors: The Aboriginal Indigenous Natural Peoples of the Continental United States: North Amexem,
Central Amexem, and South Amexem; Al Moroc (Americas), including the Adjoining Islands.

(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**STATE OF DELAWARE**

(Name of Plaintiff or Plaintiffs)

v.                                    CIVIL ACTION NO. _____

**ERIC M. WHITTLE** Strawman
**; Micah-El:Ali** In Propria Persona

(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to **Title 28 Section 1441 and 1446**
   (Federal statute on which action is based)
   for discrimination related to **Nationality + Birthright** jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   **Amendment 5**.    **Denial of Due Process**
   (Federal statute on which jurisdiction is based)    **Color of Authority Abuse**

2. Plaintiff ~~resides~~ at ___%2603 Jess~~_____
   (Street Address)

   _____
   (City)         (County)         (State)         (Zip Code)

   _____
   (Area Code) (Phone Number)

3. Defendant ~~resides at~~, or its business is located at **%2603 Jessup St —**
   (Street Address)
   **Wilmington    NewCastle    Delaware Territory [19802]**
   (City)         (County)         (State)         (Zip Code)

4. The alleged discriminatory acts occurred on ___**5**___ , ___**11**___ , ___**2005**___ .
                                                (Day)         (Month)         (Year)

5. The alleged discriminatory practice ☑ is  ☐ is not continuing.

6. Plaintiff(s) filed charges with the _____
                                              (Agency)

_____
   (Street Address)    (City)    (County)    (State)  (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____
                                                                (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☐    No ☐

   If yes, to whom was the appeal taken? _____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   Denial of Due Process of Law

   Color of Authority Abuse

   Denial of Inalienable Rights

   Violation of Oath of Office

10. Defendant's conduct is discriminatory with respect to the following:
   A. ☐ Plaintiff's race
   B. ☐ Plaintiff's color
   C. ☐ Plaintiff's sex
   D. ☐ Plaintiff's religion
   E. ☑ Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

All actions cease and desist, A Hearing in an Article III Constitutional Court Removal of Hearing from State's Jurisdiction

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2006

Micah-Eli Ali
(Signature of Plaintiff)

06 — 34

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
:Micah-El:Ali ex rel ERIC M. WHITTL
STATE OF DELAWARE, INC.

**DEFENDANTS** :Micah-El:Ali
ex rel ERIC M. WHITTLE

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known) :Micah-El:Ali

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28 § 1441 and 1446
Brief description of cause: Violation of Due Process of Law

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE Judge Smalls   DOCKET NUMBER 0309005188

DATE January 17, 2006
SIGNATURE OF ATTORNEY OF RECORD :Micah-El:Ali

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____