IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-034-JJF |
| | ) | |
| ERIC M. WHITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this __1__ day of _February_, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, presented by Eric M. Whittle;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge