OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 16, 2006

Michelle Jackson,
Intake Supervisor
Court of Common Pleas
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

Re: C.A. 06-034(JJF) STATE OF DELAWARE v. ERIC M. WHITTLE

Dear Ms. Jackson,

In accordance with the February 9, 2006 Memorandum Order of the Honorable Joseph J. Farnan, Jr., the above entitled action has been remanded to your Court. Please refer to your case number 0309005188. Enclosed please find a copy of the Memorandum Order.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

cc: Clerk, U.S. District Court/ DE (w/o encl.)